# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL DURHAM,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.  CV 15-00567-RAO<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: December 21, 2015

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE